KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
 *rkendall@kbkfirm.com*
Philip M. Kelly (212714)
 *pkelly@kbkfirm.com*
Randall L. Jackson (244545)
 *rjackson@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Viacom International Inc.,
and Ish Entertainment, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VIACOM INTERNATIONAL INC., ISH ENTERTAINMENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AXIS INSURANCE COMPANY, <br><br> Defendant. | Case No. <br><br> **PROOF OF SERVICE** |

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

PROOF OF SERVICE

# PROOF OF SERVICE

**Viacom International Inc., et al. v. AXIS Insurance Company**
CV14-5721 PSG (PLAx)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 10100 Santa Monica Blvd., Suite 1725, Los Angeles, California 90067.

On July 28, 2014, I served true copies of the following document(s) described as

1. **NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;**

2. **NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM;**

3. **STANDING ORDER REGARDING NEWLY ASSIGNED CASES;**

and

4. **PROOF OF SERVICE**

on the interested parties in this action as follows:

Nelson Hseih, Esq.
**Greenan, Peffer, Sallander & Lally**
6111 Bollinger Canyon Road, Suite 500
San Ramon, CA 94583
Direct:   (925) 498-2411
Fax:      (925) 830-8787
Email:    nhsieh@gpsllp.com

**BY MAIL:** I enclosed the document(s) in a sealed envelope addressed to each interested party at the address indicated above or on the attached service list. I placed each such envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Kendall Brill & Klieger LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

/ / /

/ / /

/ / /

/ / /

**Kendall Brill & Klieger LLP**
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1
PROOF OF SERVICE

1   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 28, 2014, at Los Angeles, California.

_____
Patricia S. Perelló

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

2
PROOF OF SERVICE